# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 26-1014 **Short Title:** Kratzenberg v MacDonald, et

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:
NH Supreme Court; NH Supreme Court, Chief Justice as the

[ ] appellant(s) [✓] appellee(s) [ ] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

/s/ Christopher G. Bond
Signature

1/13/2026
Date

Christopher G. Bond
Name

NH Attorney General's Office
Firm Name (if applicable)

603-271-3658
Telephone Number

1 Granite Place South
Address

603-271-2110
Fax Number

Concord, NH 03301
City, State, Zip Code

christopher.g.bond@doj.nh.gov
Email (required)

Court of Appeals Bar Number: 1106646

Has this case or any related case previously been on appeal?

[✓] No [ ] Yes Court of Appeals No.________________

=====================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).