# United States Court of Appeals
## For the First Circuit

No. 26-1014

ERIC KRATZENBERG,

Plaintiff - Appellant,

v.

GORDON J. MACDONALD, NH Supreme Court, Chief Justice, in the individual capacity as well as in the official capacity as the Chief Justice and Administrator of the NH Supreme Court; NH SUPREME COURT,

Defendants - Appellees.

**ORDER OF COURT**

Entered: April 1, 2026
Pursuant to 1st Cir. R. 27.0(d)

Appellant is presently in default for failure to file a brief. It is ordered that if a brief is not filed on or before **April 15, 2026**, this case will be dismissed in accordance with 1st Cir. R. 45.0(a) for lack of prosecution.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Christopher G. Bond
Eric Kratzenberg