# United States Court of Appeals
## For the First Circuit

No. 26-1014

ERIC KRATZENBERG,

Plaintiff - Appellant,

v.

GORDON J. MACDONALD, NH Supreme Court, Chief Justice, in the individual capacity as well as in the official capacity as the Chief Justice and Administrator of the NH Supreme Court; NH SUPREME COURT,

Defendants - Appellees.

**ORDER OF COURT**

Entered: April 1, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon filing a notice of appeal, the appellant is required to pay the filing fee to the clerk of the district court in accordance with Fed. R. App. P. 3(e). Appellant is presently in default as to this filing. If appellant is indigent and unable to pay the fee, appellant may file a motion for leave to proceed in forma pauperis ("IFP") in the district court pursuant to Fed. R. App. P. 24. A compliant request for IFP status consists of a motion, fully completed Form 4, Financial Affidavit, and prison trust account statement, if incarcerated.

Unless this court is provided with notice of paying the filing fee to the clerk of the district court, or filing a motion seeking in forma pauperis status in the district court by **April 15, 2026**, this appeal will be dismissed for lack of prosecution.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Christopher G. Bond
Eric Kratzenberg