# United States Court of Appeals
## For the First Circuit

No. 26-1014

ERIC KRATZENBERG,

Plaintiff - Appellant,

v.

GORDON J. MACDONALD, NH Supreme Court, Chief Justice, in the individual capacity as well as in the official capacity as the Chief Justice and Administrator of the NH Supreme Court; NH SUPREME COURT,

Defendants - Appellees.

**JUDGMENT**

Entered: May 5, 2026
Pursuant to 1st Cir. R. 27.0(d)

By notice issued on April 1, 2026, Appellant Eric Kratzenberg was notified that he was in default for failure to file an appellant brief and pay the filing fee of $605. Appellant Eric Kratzenberg was also warned that unless he filed a brief and paid the filing fee by April 15, 2026, this appeal would be dismissed for lack of diligent prosecution.

Appellant Eric Kratzenberg having failed to file a brief or pay the filing fee of $605, it is hereby ordered that the above-captioned appeal be dismissed in accordance with 1st Cir. R. 45.0(a) and 3.0(b).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Eric Kratzenberg
Christopher G. Bond